*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Ryan Aaron Love

(Enter full name of each Plaintiff, above)

vs.

Commander Sean Brown, Todd C. Perry
Karin M. Baker, Mike Guzzo
Todd Saunders, Dustin H. Rider

(Enter full name of each Defendant, above)

Civil Case No. _____
(To be assigned by Clerk of Court)

JURY TRIAL DEMANDED ☐ Yes ☑ No
(Check one)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

Department of Defense OIG has failed to properly provide Corrective Actions as listed in 5 USC Chapter 4 SubSection 404 in response to Naval Information Forces Inspector General compromising the Integrity of the Inspection into the Reprisal and Violations to 41 USC 4712 pertaining to the Plaintiff. The IG Compromised the inspection by including Mike Guzzo who was responsible for the reprisal and broke confidentiality by leaking details of both the interview and report to Ryan's employer and local command. Ryan Aaron Love submitted a Whistle Blower's Report to the Department of Defense regarding critical issues to National Security, Nuclear Enterprise Command and US Stratcom that occurred between August 5th 2025 through August 26th 2025 at NCTS Detachment Lamoure. We are asking the court to provide a de novo review of the credible evidence and validate if the Plaintiff is protected Under 41 USC 4712. Please review the claim notes for supplemental details.

**SAMPLE COMPLAINT**                                    1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Ryan Aaron Love
414 3rd St. SE, Lamoure, ND 58458

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

Installation Commander Sean Brown (Primary Defendant)
United States Naval Information Forces
115 Lake View Parkway, Suffolk, VA, 23435

Inspector General Todd C. Perry
United States Naval Information Forces
115 Lake View Parkway, Suffolk, VA, 23435

Mike Guzzo
United States Naval Information Forces
115 Lake View Parkway, Suffolk, VA, 23435

Karin M. Baker & Dustin H. Rider
NCTS Detachment Lamoure
7290 99th Ave SE, Lamoure, ND, 58458

Todd Saunders & Sandra Noll
Oneida Innovations Group
2037 Dream Catcher Plaza, Oneida, NY 13421

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

Witnesses and Evidence Available for all details below.
August 5th -26th 2025 – Det Lamoure encountered Critical Failures to the USStratcor Mission
• Mike Guzzo was responsible for Broadcast Failures.
August 13th 2025 – Dustin Rider had a meeting with the command.
• Meeting was reported to involve Commander Sean S. Brown
August 18th 2025 – Ryan Submitted a Whistle Blower's Report to DOD OIG
• Reporting National Security issues regarding the NC3 Mission
• Critical Safety Failures and Operation Failures
August 21st 2025 – Dustin Rider reported to Ryan and Witness that someone In the command was blaming Ryan for the outage.
September 3rd 2025 - Commander Sean S. Brown Revoked Ryans FCL
September 5th 2025 – Ryan Love was suspended for Insider Threat Regarding Documents
September 12th 2025 - NavIFor Command was aware of WB Report
September 16th 2025 - NavIFor Received Visit a Visit from IG and Congressional Member
September 19th 2025 - Gen Manager Todd Saunders changed language of Suspension
September 23rd 2025 - Oneida changed accusation to cast blame regarding outage
October 23rd 2025 -  Meeting Todd Perry Included Mike Guzzo as his Tech advisor
October 27th 2025 - Mike Guzzo Broke Confidentiality
October 29th 2025 - Karin Baker Spoke to Witness about the Fabricated document
October 30th 2025 - Dustin Rider was at the Naval facility Scaring the Employees
October 31st 2025 -Todd Perry refused to release his role after report leaks

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

**SAMPLE COMPLAINT**                3

**VI. RELIEF.** State what you want the Court to do for you.

Currently the Command is trying to silence Ryan's Voice and knowing without the appropriate credibility of reprisal, ICIG and Congress will not review the National Security Concerns that Ryan Love is trying to raise. Ryan Love has spent the last 7 years working as a Federal Defense Contractor who the United States Navy Relied on heavily in assisting with Primary VSat and Fiber circuits and their integrations into the Naval Warfare Information Center System.

There is no belief that Todd Perry will rule in favor of Ryan no matter how credible the evidence is Soley because of how he was approached, engaged and used in the matter. Ryan was told by an insider that his happens everyday and its pure corruption at its finest. Ryan relied on the DOD OIG who he has sent every email to the hotline desk asking for help. No response from anyone.

Currently this has prolonged for 90 days since the report was submitted and Ryan has been suspended without pay and not able to find a sustainable employment that would make ends meet. The criminal actions of the Command has destroyed Ryan's name, career and most of all his future. Currently, Ryan's Security Clearance is in jeopardy due to financial hardships. The evidence that can be provide is believed to be more than enough to clearly exonerate Ryan's and satisfy the Reprisal Requirements, but will also be enough to support Ryan's efforts in getting the other commands involved in the critical matters pertaining to National Security that still exist. We are just asking the court to provide a de novo review knowing that evidence can be provided to sustain that NavIFor Inspector General is not capable of providing a honorable review that is not persuaded by the Command

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this  11th,   day of  November            , 2 025  .

_____          _____
Signature of Plaintiff                                                   Signature of Plaintiff

Ryan Love
_____          _____
Printed Name of Plaintiff                                                Printed Name of Plaintiff

414 3rd St SE
_____          _____
Mailing Address                                                          Mailing Address

Lamoure, ND, 58458
_____          _____
City, State, Zip Code                                                    City, State, Zip Code

6364597157
_____          _____
Telephone Number of Plaintiff                                            Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                           4